**Order entered June 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01583-CR

### BENJAMIN KNIGHTEN BURCH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-00319-Q**

## ORDER

The Court **REINSTATES** the appeal.

On May 18, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed in this appeal. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) appellate counsel timely requested preparation of the record; (4) Melissa Garza, former official court reporter of the 204th Judicial District Court recorded the proceedings; (5) Ms. Garza is now the official court reporter of the County Criminal Court No. 4; (6) Ms. Garza's explanation for the delay in filing the record is her workload; and (7) Ms. Garza requested until June 18, 2015 to file the record in this appeal.

We **ORDER** court reporter Marissa Garza to file the complete record, including all exhibits admitted into evidence, by **4:00 p.m. on FRIDAY, JUNE 19, 2015**.  We note the record was originally due on February 10, 2015, and is now four months overdue.  Accordingly, no further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Marissa Garza, official court reporter, County Criminal Court No. 4, and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE